IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**QARTAVIUS MOTEN** **PETITIONER**

**v.** **No. 4:20CV217-MPM-RP**

**STATE OF MISSISSIPPI** **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, and, in the alternative, the petition is **DISMISSED** without prejudice for failure to exhaust state remedies.

**SO ORDERED**, this, the 9th day of February, 2022.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI